1 | Lawrence D. Rohlfing
  | Attorney at Law: 119433
2 | Law Offices of Lawrence D. Rohlfing
  | 12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
  | Tel.: (562)868-5886
4 | Fax: (562)868-8868
  | E-mail: rohlfing.office@rohlfinglaw.com
5 |
  | Attorneys for Plaintiff
6 | Paula R. Tate

7

## UNITED STATES DISTRICT COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

10 | PAULA R. TATE,                    ) Case No.: CV 11-7971 PLA
   |                                   )
11 |         Plaintiff,                ) [PROPOSED] ORDER AWARDING
   |                                   ) EQUAL ACCESS TO JUSTICE ACT
12 |     vs.                           ) ATTORNEY FEES AND EXPENSES
   |                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,                ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,  ) U.S.C. § 1920
14 |                                   )
   |         Defendant                 )
15 |                                   )
   | _____ )

16

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $4,400.00 as

20  authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized

21  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22  DATE:    November 7, 2012

23                                          /s/ Paul L. Abrams

24                                          _____
                                            THE HONORABLE PAUL L. ABRAMS
25                                          UNITED STATES MAGISTRATE JUDGE

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Lawrence D. Rohlfing*
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Paula R. Tate

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26